## STATE' v. FIELDS ANDERSON.

*Escape of Prisoner Convicted of a Capital Felony Pending his Appeal.*

When, pending an appeal of a prisoner who has been convicted of a capital felony, he makes his escape, the Supreme Court has power in its discretion to dismiss the appeal, or hear or continue it.

INDICTMENT for murder, tried at Spring Term, 1891, of the Superior Court of ALLEGHANY COUNTY, before *Bynum, J.*

The prisoner was found guilty of murder and there was judgment accordingly, from which he appealed.   Pending the appeal the defendant made his escape and is now at large.   The Attorney General moves to dismiss the appeal.

*The Attorney General*, for the State.
No counsel for defendant.

AVERY, J.: It was settled in *State* v. *Jacobs*, 107 N. C., 772, that where a prisoner who has been convicted of a capital felony, escapes from custody and is at large when his appeal is called for trial, this Court may, in the exercise of a sound discretion, dismiss the appeal, hear and determine the assignments of error or continue to await the recapture of the fugitive.   In the exercise of this power the appeal, on motion of the Attorney General, is

Dismissed.